```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELISSA SAMUELS,

                            Plaintiff,

        -against-

URBAN ASSEMBLY CHARTER SCHOOL FOR
COMPUTER SCIENCE D/B/A COMP SCI HIGH and
DAVID NOAH, individually,

                            Defendants.

-----------------------------------------------------------------X

23-CV-1379 (RA) (KHP)

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        This case has been referred to me for general pretrial supervision purposes & settlement (Doc. No. 36).  A Case Management Conference in this matter will be held on **Tuesday, March 26, 2024 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        **SO ORDERED.**

Dated: New York, New York
       February 23, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge