UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA SAMUELS,

                Plaintiff,

        v.

URBAN ASSEMBLY CHARTER
SCHOOL FOR COMPUTER SCIENCE
d/b/a COMP SCI HIGH and DAVID NOAH,
individually,

                Defendants.

No. 23-CV-1379 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Consistent with Judge Parker's March 4, 2024 order granting an extension of time to complete discovery, the post-fact discovery conference currently scheduled for April 5, 2024 is hereby adjourned to May 17, 2024 at 2:30 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-In Number: (888) 363-4749; Access Code: 1015508#.

    No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    April 3, 2024
             New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge