

5 PENNSYLVANIA PLAZA, 19TH FLOOR
NEW YORK, NY 10001
TEL 646.664.1412
WWW.RISSMILLER.COM

**Alex Rissmiller**
arissmiller@rissmiller.com

May 13, 2024

**BY ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: Samuels v. Urban Assembly Charter School for Computer Science d/b/a Comp Sci High et al.; No. 1:23-cv-01379-RA-KHP

Dear Judge Abrams:

  I represent Plaintiff Melissa Samuels and write pursuant to Your Honor's Individual Rule I(D) to request an adjournment of the post-fact discovery conference scheduled for May 17, 2024 at 2:30 p.m.[1] The reason for this request is the undersigned's unavailability due to pre-planned travel that date. Defendants have consented to the adjournment, which is the first requested for this conference. The parties have conferred regarding mutually available alternative dates and, if the request is granted, would propose: May 23, 29, or another date convenient for the Court.

           Respectfully submitted,

           */s/ Alex Rissmiller*
           Alex Rissmiller

           Application granted. The post-fact discovery conference is adjourned until May 24, 2024 at 12:15 p.m. (Call-In Number: (888) 363-4749; Access Code: 1015508#).

           SO ORDERED.

           Hon. Ronnie Abrams
           May 15, 2024

---

[1] This request was first inadvertently addressed to Judge Parker. *See* ECF No. 43.