

101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

VIA: ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

May 21, 2024

Application granted. The post-fact discovery conference is adjourned until June 28, 2024 at 4:30 p.m. (Call-In Number: (888) 363-4749; Access Code: 1015508#).

SO ORDERED.

_____
Hon. Ronnie Abrams
May 22, 2024

Re:   **MELISSA SAMUELS v. URBAN ASSEMBLY CHARTER SCHOOL, ET. ANO.**
Docket No. 23-cv-01379-RA

Dear Judge Abrams:

The undersigned represents the defendants, Urban Assembly Charter School for Computer Science d/b/a Comp Sci High and David Noah, in the above-referenced matter. At this time, the defendants write to request an adjournment of the post-discovery conference presently scheduled for May 24, 2024. This is the second request for such an adjournment. The first adjournment was sought by Plaintiff's Counsel due to a travel conflict and the adjournment was granted.

This second adjournment is being sought, on consent, as the parties are still conducting discovery in this matter. Specifically, the deadline for expert discovery is not until June 28, 2024, and the parties have also requested an extension of time for fact discovery due to post-deposition demands. This request was made to Judge Parker. Therefore, the parties are requesting an adjournment to allow for the completion of discovery.

Thank you for your time and attention to this matter.

Respectfully submitted,

CRISTINA A. SOLLER

*cc: counsel of record via ecf*