UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA SAMUELS,

                    Plaintiff,

          v.

URBAN ASSEMBLY CHARTER
SCHOOL FOR COMPUTER SCIENCE
d/b/a COMP SCI HIGH and DAVID NOAH,
individually,

                    Defendants.

No. 23-CV-1379 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Consistent with Judge Parker's June 17, 2024 order granting an extension of time to complete discovery, the post-discovery conference currently scheduled for June 28, 2024 is hereby adjourned to August 30, 2024 at 4:00 p.m.  Unless the parties request otherwise, the conference will be held by phone.  Call-In Number: (888) 363-4749; Access Code: 1015508#.

No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:     June 25, 2024
           New York, New York

Hon. Ronnie Abrams
United States District Judge