

101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

August 26, 2024

The conference scheduled for August 30, 2024 is hereby adjourned to September 6, 2024 at 1:30 p.m. If that date or time is inconvenient for the parties, they shall so notify the Court.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 29, 2024

**VIA: ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: **MELISSA SAMUELS v. URBAN ASSEMBLY CHARTER SCHOOL, ET. ANO.**
Docket No. 23-cv-01379-RA

Dear Judge Abrams:

The undersigned represents the defendants, Urban Assembly Charter School for Computer Science d/b/a Comp Sci High and David Noah, in the above-referenced matter. At this time, the parties write to provide a status in anticipation of the post-discovery conference currently scheduled for August 30, 2024.

We recently had a status conference with Judge Parker. At that time, we advised the Court that the plaintiff still owed us authorizations. Plaintiff has recently sent those authorizations and we are processing the same. Judge Parker had afforded us time to get the medical records and assess whether any defense experts are needed. The defendants are to write to Judge Parker if they wish to retain an expert. In addition, Judge Parker scheduled a settlement conference for October 8, 2024.

In terms of dispositive motions, the defendants intend to move for summary judgment at the close of discovery. In addition, the defendants had previously filed a motion to dismiss. We are still waiting on a decision on that motion. The defendants would request a briefing schedule that allows for time to receive that decision first.

Thank you for your time and attention to this matter.

1

Respectfully submitted,

*[signature]*

CRISTINA A. SOLLER

*cc: counsel of record via ecf*