UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELISSA SAMUELS,

                Plaintiff,

          v.

URBAN ASSEMBLY CHARTER SCHOOL FOR
COMPUTER SCIENCE d/b/a COMP SCI HIGH
and DAVID NOAH, individually,

                Defendants.

23-CV-1379 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 6, 2024, the Court held a post-fact-discovery conference and ordered the parties to file a letter within one week of the October 8, 2024 settlement conference before Magistrate Judge Parker (1) providing a status report; (2) advising whether Defendants have retained an expert; and (3) setting forth a proposed briefing schedule for summary judgment motions. To date, no letter has been filed.

    The parties shall submit their joint letter no later than October 25, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 18, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge