UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELISSA SAMUELS,

                Plaintiff,

            v.

URBAN ASSEMBLY CHARTER SCHOOL FOR COMPUTER SCIENCE d/b/a COMP SCI HIGH and DAVID NOAH, individually,

                Defendants.

23-CV-1379 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 6, 2024, the Court held a post-fact-discovery conference and ordered the parties to file a letter advising the Court, among other things, whether Defendants have retained an expert. On October 28, 2024, the Court granted Defendants' request for an extension of thirty (30) days to obtain Plaintiff's medical records and determine whether an expert is needed. To date, no letter has been filed.

Defendants shall submit a letter no later than December 9, 2024 advising whether they have retained or intend to retain an expert.

SO ORDERED.

Dated:    December 4, 2024
           New York, New York

_____
Ronnie Abrams
United States District Judge