**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MELISSA SAMUELS,

                Plaintiff,

-against-                                    23 **CIVIL** 1379 (RA)

## **JUDGMENT**

URBAN ASSEMBLY CHARTER SCHOOL FOR
COMPUTER SCIENCE d/b/a COMP SCI HIGH
and DAVID NOAH, individually,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 26, 2025, Defendants are entitled to summary judgment with respect to Samuels's ADA claims—the only federal claims in this case. Samuels has not established that she was disabled within the meaning of the ADA, and the record makes clear that UACS terminated her in large part for filing a police report against a student and thereafter failing to communicate with the School—but not for requesting ADA accommodations. Accordingly, the motion for summary judgment is granted with respect to the ADA claims. The Court has declined to exercise supplemental jurisdiction over Samuels's state and city law claims, which are dismissed without prejudice. It will be for the New York courts to determine whether Defendants' conduct is actionable under New York law; accordingly, the case is closed.

**Dated:**  New York, New York

       June 27, 2025

                                                          **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                             **BY:**      *K. Mango*

                                                             **Deputy Clerk**